IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| The Cleveland Museum of Art,<br><br>*Plaintiff*,<br><br>v.<br><br>Alvin Bragg, in his official capacity as the District Attorney of New York County, New York,<br><br>*Defendant*. | Case No. 1:23-cv-02048<br><br>Judge Charles Esque Fleming |
| **NOTICE OF APPEARANCE OF LOCAL COUNSEL FOR ALVIN BRAGG, IN HIS OFFICIAL CAPACITY AS THE DISTRICT ATTORNEY OF NEW YORK COUNTY, NEW YORK** | |

Subodh Chandra and Donald P. Screen of the Chandra Law Firm LLC respectfully enter their appearance as local counsel for Defendant Alvin Bragg, in his official capacity as the District Attorney of New York County, New York. All further pleadings, notices, and other documents should be served on these counsel. *Pro hac vice* motions for other counsel are forthcoming.

Dated: November 10, 2023

Respectfully submitted,

*/s/ Subodh Chandra*
Subodh Chandra (0069233)
Donald P. Screen (0044070)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) /216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com

*Local counsel for the District Attorney of New York County, New York*