IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE CLEVELAND MUSEUM OF ART, | ) | CASE NO. 1:23-cv-002048-CEF |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| ALVIN BRAGG, in his official capacity as the District Attorney of New York County, New York, | ) ) ) | **PARTIES' JOINT MOTION TO REQUEST THE SCHEDULING OF A STATUS CONFERENCE** |
| | ) | |
| Defendant. | ) | |

Defendant Alvin Bragg, in his official capacity as the District Attorney of New York County, New York, and Plaintiff The Cleveland Museum of Art respectfully request the scheduling of an in-person or Zoom status conference at the Court's convenience during the first two weeks of December. To accommodate counsel's schedules, the parties request engagement with Court staff by email to discuss a time that works for all.

Dated: November 25, 2024

18245813

Respectfully submitted,

/s/ *Dennis R. Rose*
Dennis R. Rose (0039416)
drrose@hahnlaw.com
Stephen J. Knerly, Jr. (0025280)
sjknerly@hahnlaw.com
Jacqueline A. Meese-Martinez (0099603)
jmeese-martinez@hahnlaw.com
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114-2316
Phone:  216.621.0150
Fax:  216.241.2824

Daniel R. Alonso (*pro hac vice* pending)
dalonso@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York  10019-6142
Phone:  212.600.2340

*Attorneys for Plaintiff*

/s/ *Subodh Chandra*
Subodh Chandra (0069233)
Subodh.Chandra@ChandraLaw.com
Donald P. Screen (0044070)
Donald.Screen@ChandraLaw.com
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio  44113
Phone:  216.578.1700
Fax:  216.578.1800

/s/ *Leslie B. Dubeck*
Leslie B. Dubeck, General Counsel (NY Bar No. 4595047; Admitted *pro hac vice*)
dubeckl@dany.nyc.gov
Phone:  212.335.9661
Fax:  212.292.1071
Corey S. Shoock, Assistant District Attorney (NY Bar No. 4698577; Admitted *pro hac vice*)
shoockc@dany.nyc.gov
Phone:  212.292.1071
Fax:  212.335.8999
New York County District Attorney's Office
One Hogan Place
New York, New York  10013

*Attorneys for Defendant the District Attorney of New York County, New York*

18245813

**CERTIFICATE OF SERVICE**

This is to certify that on this 25th day of November, 2024, a true and accurate copy of the foregoing *Joint Motion to Request the Scheduling of a Status Conference* was served via the Court's CM/ECF filing system and thereby made available to all registered counsel of record:

| | |
|---|---|
| Leslie B. Dubeck<br>(dubeckl@dany.nyc.gov)<br>General Counsel<br>New York County District Attorney's Office<br>One Hogan Place<br>New York, New York  10013<br><br>*Attorney for Defendant* | Subodh Chandra (0069233)<br>(Subodh.Chandra@ChandraLaw.com)<br>Donald P. Screen (0044070)<br>(Donald.Screen@ChandraLaw.com)<br>THE CHANDRA LAW FIRM LLC<br>The Chandra Law Building<br>1265 West Sixth Street, Suite 400<br>Cleveland, Ohio  44113<br><br>*Attorneys for Defendant* |

/s/ *Dennis R. Rose*
Dennis R. Rose

*One of the Attorneys for Plaintiff*

18245813