**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVELAND MUSEUM OF ART, | ) | CASE NO. 1:23-cv-02048 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| DISTRICT ATTORNEY OF NEW YORK COUNTY, NEW YORK, | ) ) | |
| | ) | |
| Defendant. | ) | **ORDER STAYING CASE** |

On December 2, 2024 at 2:30 PM, the Court held a video status conference at the request of the parties. (ECF No. 11). Attorneys Dennis Rose and Daniel Alonso appeared on behalf of the plaintiff. Attorneys Subodh Chandra, Leslie Dubeck, and Corey Shoock appeared on behalf of the defendant. The parties informed the Court that, while the statue subject to this action has undergone two different kinds of forensic testing, a third manner of testing is required and more time is needed to do it. The Court noted that this matter has been pending for over a year, and the defendant has yet to file a responsive pleading to the Complaint.

This Court possesses inherent power to stay proceedings "to control the disposition of the causes on its own docket with economy of time and effort for itself, for counsel, and for litigants." *Glazer v. Whirlpool Corp.*, No. 1:08-cv-1624, 2008 WL 4534133 (N.D. Ohio Oct. 6, 2008) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Due to the need for additional testing and analysis, by agreement of the parties, and by the inherent power possessed by this Court, this matter is hereby **STAYED** pending further order of the Court.

The parties shall file a Joint Status Report on or before March 31, 2025, informing the Court of the status of testing/analysis, whether the parties are prepared to litigate this matter, or

whether the stay should continue, and if so, for how long.  If the testing has not been completed by that date, the report shall also indicate why it could not be completed in the allotted time.  The parties are hereby on notice that because of the length of time this matter has been pending without any response to the Complaint, the Court may lift the stay at that time and require a responsive pleading to be filed.  This may occur regardless of any request by the parties to continue the stay.

    **IT IS SO ORDERED.**

    **Date: December 3, 2024**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**