IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE CLEVELAND MUSEUM OF ART, | ) | CASE NO. 1:23-cv-002048-CEF |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF THE CLEVELAND** |
| ALVIN BRAGG, in his official capacity as the District Attorney of New York County, New York, | ) ) ) | **MUSEUM OF ART'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |
| | ) | |
| Defendant. | ) | |

Plaintiff The Cleveland Museum of Art hereby voluntarily dismisses the captioned matter with prejudice as to the claims for relief asserted therein, each party to bear its own costs and attorneys' fees pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).

Dated:  February 14, 2025

                                                                 Respectfully submitted,

                                                                 /s/ *Dennis R. Rose*
                                                                 Dennis R. Rose (0039416)
                                                                 drrose@hahnlaw.com
                                                                 Stephen J. Knerly, Jr. (0025280)
                                                                 sjknerly@hahnlaw.com
                                                                 Jacqueline A. Meese-Martinez (0099603)
                                                                jmeese-martinez@hahnlaw.com
                                                                 HAHN LOESER & PARKS LLP
                                                                200 Public Square, Suite 2800
                                                                 Cleveland, Ohio  44114-2316
                                                                 Phone:  216.621.0150
                                                                 Fax:  216.241.2824

                                                                Daniel R. Alonso (admitted *pro hac vice*)
                                                                dalonso@orrick.com
                                                                ORRICK, HERRINGTON & SUTCLIFFE
                                                                   LLP
                                                                51 West 52nd Street
                                                                New York, New York 10019-6142
                                                                Phone:  212.600.2340

                                                                *Attorneys for Plaintiff*

18426904

**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of February, 2025, a true and accurate copy of the foregoing *Plaintiff The Cleveland Museum of Art's Notice of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(i)* was served via the Court's CM/ECF filing system and thereby made available to all registered counsel of record:

/s/ *Dennis R. Rose*
Dennis R. Rose

*One of the Attorneys for Plaintiff*

18426904